UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNE T. VONRUEDEN, | Case No. 5:15-cv-01094-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 15)** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 11, 2015.

---

[1] *See* Docket No. 15.

[2] *See* Docket No. 16.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Opening Briefs ......................................................................................... December 8, 2015

Opposition Briefs ................................................................................... December 29, 2015

Bench Trial .................................................................................. January 12, 2016 at 1:30 p.m.

**SO ORDERED.**

Dated: June 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:15-cv-01094-PSG
CASE MANAGEMENT ORDER